# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSEPH EARL SINGLETON,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| STATE OF WASHINGTON, | ) |
|  | ) |
|  | ) |

Civil Action No.   2:17-CV-00069-LRS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This Habeas action is DISMISSED without prejudice for lack of jurisdiction.  Judgment is entered for Respondent.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Lonny R. Suko _____ .

Date:   10/24/2017_____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen